IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE COLT CARBINE RIFLE, SERIAL NUMBER LE008671; ONE GLOCK MODEL 19 PISTOL, SERIAL NUMBER KTR721; ONE REMINGTON MODEL 870 SHORT BARRELED SHOTGUN, SERIAL NUMBER W825192M; ONE HECKLER & KOCH MODEL MP5-A2 MACHINE GUN, SERIAL NUMBER 62-386209; ONE HESSE, LTD MODEL HAR-15A2 MACHINE GUN, SERIAL NUMBER 001820; ONE SPRINGFIELD ARMS MODEL OPERATOR PISTOL, SERIAL NUMBER  NM197662; ONE GLOCK MODEL 27 PISTOL, SERIAL NUMBER KUG211; ONE GLOCK MODEL 23C PISTOL, SERIAL NUMBER FVD782; ONE GLOCK MODEL 26 PISTOL, SERIAL NUMBER HGH953; ONE KIMBER MODEL TACTICAL PRO2 PISTOL, SERIAL NUMBER  KR37144; AND ONE DPMS INC. MODEL A-15 RIFLE, SERIAL NUMBER FO36740<br><br>Defendants. | Case No. 07-C-0687-C |

ORDER FOR DEFAULT JUDGMENT

The United States of America, by its attorneys, Erik C. Peterson, United States

Attorney for the Western District of Wisconsin, and Elizabeth Altman, Assistant United

States Attorney, filed a Verified Complaint of Forfeiture In Rem against the defendants one Colt Carbine Rifle, serial number LE008671; one Glock Model 19 Pistol, serial number KTR721; one Remington Model 870 Short Barreled Shotgun, serial number W825192M; one Heckler & Koch Model MP5-A2 Machine Gun, serial number 62-386209; one Hesse, LTD Model HAR-15A2 Machine Gun, serial number 001820; one Springfield Arms Model Operator Pistol, serial number NM197662; one Glock Model 27 Pistol, serial number KUG211; one Glock Model 23c Pistol, serial number FVD782; one Glock Model 26 Pistol, serial number HGH953; one Kimber Model Tactical PRO2 Pistol, serial number KR37144; and one DPMS INC. Model A-15 Rifle, serial number FO36740 ("Defendant firearms"), on December 5, 2007.

This action seeks to forfeit and condemn to the United States of America firearms involved in a violation of Title 26, United States Code, Section 5861(d) and are thereby forfeitable pursuant to Title 26, United States Code, Section 5872(a) and Title 19, United States Code, Sections 1602-1618. This action also seeks to forfeit and condemn to the United States of America firearms involved in a violation of Title 18, United States Code, Section 922 (a)(3); or 922 (a)(6); or 924(a)(1)(A)which are forfeitable pursuant to Title 18, United States Code, Section 924(d)(1).

Notice of this action was accomplished by personal service to all persons known by the government to have an interest in the defendant conveyance. The notices required that any claimant file a claim in this action.

2

No claim, answer, or other responsive pleadings have been filed by Leonard Breure with the Court pursuant to the Federal Rules of Civil Procedure.

The United States of America has made application to this Court for a default judgment to be entered; accordingly,

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED that:

1.     The Default Judgment of Forfeiture is hereby entered whereby all right, title, and interest of Leonard Breure in the defendant firearms, is conveyed to the Plaintiff, United States of America.

DATED: _February 14, 2008_

BY THE COURT:

_Barbara B. Crabb_

BARBARA B. CRABB
United States District Judge

Entered this __19__ day of February 2008.

_Theresa M. Owens_

THERESA M. OWENS, Clerk
United States District Court

3